No. 82–838.   GOTTHEINER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–845.   GIELLA v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 82–846.   JONES v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–847.   TORRES-TORRES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–860.   MADONNA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–861.   CARPENTIER v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–865.   KALISH v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 82–870.   SNOWDEN ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–879.   BUTERA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–880.   THOMPSON ET AL. v. UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 82–881.   FORTNER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–884.   A & D DAVENPORT TRANSPORTATION, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 82–894.   MASTRO ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.